AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gertner, Nancy | 2. Court or Organization  U.S. District Court - MA | 3. Date of Report  06/23/2008 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Article III Judge - Active

**5a. Report Type** (check appropriate type)

- [ ] Nomination, Date
- [ ] Initial
- [✓] Annual
- [ ] Final

**5b.** [✓] Amended Report

**6. Reporting Period**

01/01/2007
to
12/31/2007

**7. Chambers or Office Address**

John Joseph Moakley U.S. Court
1 Courthouse Way, Ste. 4130
Boston MA 02210

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

- [ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Petra Foundation (a non-profit foundation) |
| 2. Instructor | Yale Law School |
| 3. Guest Instructor | University of South Carolina |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

- [ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |
| 3. | |

RECEIVED 2008 JUN 30 A 10: 55 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Yale Law School; teaching sentencing seminar, spring and fall semesters.*** (See Sectin VIII) | $ 20,780.00 |
| 2. 2007 | University of South Carolina, teaching | $ 4,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ford Foundation/The Public Health Advocacy Institute | January 11-20 | China | Taught women's rights | Travel, lodging, meals |
| 2. | Yale Law School, New Haven, Connecticut, where I am an instructor | spring & fall semesters | New Haven, CT | Taught once a week | Travel, sometimes lodging and meals |
| 3. | New York University School of Law | February 22 | New York, NY | Lecture | Travel, lodging and meals |
| 4. | University of South Carolina | March 1 | Columbia, SC | Taught | Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 06/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Revolving Credit | K |
| 2. Bank of America - Visa | Visa - Revolving Credit | J |
| 3. ATT Universal Card | Revolving Credit | J |
| 4. American Express Blue | Revolving Credit | J |
| 5. RBS | Revolving Credit | None |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2. | Schwab Money Market | A | Dividend | J | T | | | | | |
| 3. | Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 4. | FPA Crescent Instl | A | Dividend | J | T | | | | | |
| 5. | First Eagle Global Fund | A | Dividend | K | T | Partial Sale | 11/16 | J | B | |
| 6. | Oakmark Equity Income | A | Dividend | K | T | | | | | |
| 7. | T. Rowe Price Cap. Apprec. | A | Dividend | K | T | | | | | |
| 8. | Valero Energy Corp. | A | Dividend | J | T | | | | | |
| 9. | Keeley Small Cap Value | | None | K | T | | | | | |
| 10. | Berwyn Income Fund | A | Dividend | J | T | | | | | |
| 11. | ICON Energy Fund | A | Dividend | J | T | | | | | |
| 12. | Third Avenue Value | A | Dividend | J | T | | | | | |
| 13. | Eaton Vance Utilities (see section VIII) Dividend Builder * | A | Dividend | J | T | | | | | |
| 14. | Marsico 21st Century | | None | J | T | | | | | |
| 15. | Dodge & Cox Int'l. Stock | A | Dividend | J | T | | | | | |
| 16. | SECOND IRA AT SCHWAB: | | | | | | | | | |
| 17. | Schwab Money Mkt. (See Section VIII) ** | | None | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Cash* (see Sectin VIII) | A | Dividend | J | T | | | | | |
| 19. | Dodge & Cox Balance | A | Dividend | J | T | | | | | |
| 20. | Longleaf Partners Small Cap | A | Dividend | J | T | | | | | |
| 21. | FPA Crescent Int'l | A | Dividend | J | T | | | | | |
| 22. | BROKERAGE ACCT. AT SCHWAB: | | | | | | | | | |
| 23. | Schwab Money Market (See Section VIII)* | A | Dividend | J | T | | | | | |
| 24. | Cash (See Section VIII)* | | None | J | T | | | | | |
| 25. | Schwab Money Market (See Section VIII)* | | None | J | T | | | | | |
| 26. | Cash (See Section VIII)* | | None | J | T | | | | | |
| 27. | Cisco Systems common stock | | None | J | T | | | | | |
| 28. | Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 29. | 2nd UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 30. | Schwab Money Market **** | A | Dividend | J | T | Transfer | 1/1 | J | | |
| 31. | Parking, carriage house rental, ● ▬▬▬▬▬ | E | Rent | K | W | | | | | |
| 32. | Caterpillar Common Stock *** | A | Dividend | J | T | | | | | |
| 33. | ICON Energy Fund *** | A | Dividend | J | T | | | | | |
| 34. | Third Avenue Value *** | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 06/23/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Dodge & Cox Int'l. Stock *** | A | Dividend | J | T | | | | |
| 36. | Bankers Nat'l. Life Ins. Annuity Conseco-Capital Guardian | E | Distribution | | T | Redemption | July | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I: The Petra Foundation is a non-profit organization.

Part II, Agreements: The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII -
*Cash moves between money market and cash accounts, as purchases and sales of holdings are made. The money balance is held in a position actually called "Cash"; a position where funds are held.
 * Eaton Vance Utilities Fund changed its name to Eaton Vance Dividen Builder Fund.
**Cash comment from above.
***Holdings under "Second Ira at Schwab." (#42, 43, 44, 45, should go after FPA Crescent holding.)
**** All dollars were transferred to Brokerage Account at Schwab.

AMENDED:
Section III 1. has been updated to reflect the correct amount of salary received from Yale in 2007.
Section VII - #36 mistakenly deleted, now reinstated (2006 report #41.) Bankers Nat'l. Life Annuity cashed in.

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 06/23/2008 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F[   ]BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gertner, Nancy | 2. Court or Organization<br><br>U.S. District Court - MA | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley U.S. Court<br>1 Courthouse Way, Ste. 4130<br>Boston MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Petra Foundation (a non-profit foundation) |
| 2.   Instructor | Yale Law School |
| 3.   Guest Instructor | University of South Carolina |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |
| 3. | |

2008 MAY 13 A 10: 59
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | Yale Law School; teaching sentencing seminar, spring and fall semesters.*** (See Sectin VIII) | $ 24,780.00 |
| 2. | 2007 | University of South Carolina, teaching | $ 4,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ford Foundation/The Public Health Advocacy Institute | January 11-20 | China | Taught women's rights | Travel, lodging, meals |
| 2. | Yale Law School, New Haven, Connecticut, where I am an instructor | spring & fall semesters | New Haven, CT | Taught once a week | Travel, sometimes lodging and meals |
| 3. | New York University School of Law | February 22 | New York, NY | Lecture | Travel, lodging and meals |
| 4. | University of South Carolina | March 1 | Columbia, SC | Taught | Travel, lodging, meals |

| | | | | | |
|---|---|---|---|---|---|
| | **Name of Person Reporting** | | | **Date of Report** | |
| | Gertner, Nancy | | | 05/08/2008 | |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Yale Law School | March 31 | New Haven, CT | Lecture | Travel |
| 6. | Suffolk University Law School | July 14-21 | Budapest, Hungary | Taught | Travel, lodging, meals |
| 7. | American Constitution Society for Law and Policy | July 27 | Washington, DC | Panel discussion | Travel |
| 8. | American Law Institute | September 6 | Minneapolis, MN | Advisers' Meeting | Travel |
| 9. | American College of Trial | September 8 | Chicago, IL | Committee Meeting | Travel |
| 10. | Kennedy School/Women and Public Policy Program | October 12-20 | Monrovia, Liberia | Taught | Travel, lodging, meals |
| 11. | Washington College of Law | October 26 | Washington, DC | Panel discussion | Travel |
| 12. | National Association of Women Judges | November 7 | Philadelphia, PA | Conference | Travel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving Credit | K |
| 2. | Bank of America - Visa | Visa - Revolving Credit | J |
| 3. | ATT Universal Card | Revolving Credit | J |
| 4. | American Express Blue | Revolving Credit | J |
| 5. | RBS | Revolving Credit | None |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | IRA ACCOUNT AT SCHWAB: | | | | | | | | |
| 2. | Schwab Money Market | A | Dividend | J | T | | | | |
| 3. | Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | |
| 4. | FPA Crescent Instl | A | Dividend | J | T | | | | |
| 5. | First Eagle Global Fund | A | Dividend | K | T | Partial Sale | 11/16 | J | B |
| 6. | Oakmark Equity Income | A | Dividend | K | T | | | | |
| 7. | T. Rowe Price Cap. Apprec. | A | Dividend | K | T | | | | |
| 8. | Valero Energy Corp. | A | Dividend | J | T | | | | |
| 9. | Keeley Small Cap Value | | None | K | T | | | | |
| 10. | Berwyn Income Fund | A | Dividend | J | T | | | | |
| 11. | ICON Energy Fund | A | Dividend | J | T | | | | |
| 12. | Third Avenue Value | A | Dividend | J | T | | | | |
| 13. | Eaton Vance Utilities (see section VIII) Dividend Builder * | A | Dividend | J | T | | | | |
| 14. | Marsico 21st Century | | None | J | T | | | | |
| 15. | Dodge & Cox Int'l. Stock | A | Dividend | J | T | | | | |
| 16. | SECOND IRA AT SCHWAB: | | | | | | | | |
| 17. | Schwab Money Mkt.    (See Section VIII) ** | | None | J | T | | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Cash* (see Sectin VIII) | A | Dividend | J | T | | | | | |
| 19. | Dodge & Cox Balance | A | Dividend | J | T | | | | | |
| 20. | Longleaf Partners  Small Cap | A | Dividend | J | T | | | | | |
| 21. | FPA Crescent Int'l | A | Dividend | J | T | | | | | |
| 22. | BROKERAGE ACCT. AT SCHWAB: | | | | | | | | | |
| 23. | Schwab Money Market   (See Section VIII)* | A | Dividend | J | T | | | | | |
| 24. | Cash (See Section VIII)* | | None | J | T | | | | | |
| 25. | Schwab Money Market   (See Section VIII)* | | None | J | T | | | | | |
| 26. | Cash (See Section VIII)* | | None | J | T | | | | | |
| 27. | Cisco Systems common stock | | None | J | T | | | | | |
| 28. | Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 29. | 2nd UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 30. | Schwab Money Market **** | A | Dividend | J | T | Transfer | 1/1 | J | | |
| 31. | Parking, carriage house rental, ▆ | E | Rent | K | W | | | | | |
| 32. | Caterpillar Common Stock *** | A | Dividend | J | T | | | | | |
| 33. | ICON Energy Fund *** | A | Dividend | J | T | | | | | |
| 34. | Third Avenue Value *** | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| 35. | Dodge & Cox Int'l. Stock *** | A | Dividend | J | T | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I: The Petra Foundation is a non-profit organization.

Part II, Agreements:    The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII -

*Cash moves between money market and cash accounts, as purchases and sales of holdings are made.   The money balance is held in a position actually called "Cash"; a position where funds are held.

 * Eaton Vance Utilities Fund changed its name to Eaton Vance Dividen Builder Fund.

**Cash comment from above.

***Holdings under "Second Ira at Schwab." (#42, 43, 44, 45, should go after FPA Crescent holding.)

**** All dollars were transferred to Brokerage Account at Schwab.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544